UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT J. ATKINS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 3:13-cv-736-TAV-HBG |
| | ) | |
| C/O SAW and C/O WHEAT, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT